**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**BRITTAIN J. PURCELLE,**

             **Plaintiff,**             **9:18-cv-77**
                                       **(GLS/TWD)**

        v.

**JOHN THOMAS,**

             **Defendant.**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**APPEARANCES:**                        **OF COUNSEL:**

**FOR THE PLAINTIFF:**
BRITTAIN J. PURCELLE
*Pro Se*
14-B-0600
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

**FOR THE DEFENDANT:**
HON. LETITIA JAMES            WILLIAM E. ARNOLD, IV
New York State Attorney General   Assistant Attorney General
300 South State Street, Suite 300
Syracuse, NY 13202

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

On March 30, 2020, in an Order adopting the Order and Report-

Recommendation (R&R) of Magistrate Judge Thérèse Wiley Dancks, the

court ordered plaintiff *pro se* Brittain J. Purcelle to notify the court, by April

17, 2020, of his current address and/or verify that his mailing address is as listed in the caption of this Order. (Dkt. No. 113.)[1]  The court warned Purcelle that his failure to comply with the Order would result in *sua sponte* dismissal of this action for failure to notify the court of his address change, failure to prosecute, and failure to comply with the Order. (*Id.* at 3.) Purcelle has failed to comply.

Accordingly, it is hereby

**ORDERED** that Purcelle's complaint (Dkt. No. 1) is **DISMISSED** for failure to notify the court of his address change, failure to prosecute, and failure to comply with the court's Orders; and it is further

**ORDERED** that the Clerk serve this Order on the Purcelle at his last known address and the previously-identified alternate address, and on all remaining parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

---

[1] On March 6, 2020, the Clerk mailed a copy of the R&R to Purcelle at the address listed on the docket.  The Clerk noticed that, in another matter pending in this District, *Purcelle v. Rovelli*, No. 9:19-cv-405 (GLS/ML), the following address was provided in a declaration of service for Purcelle: Volunteers of America, 320 Chenango St., Binghamton, NY 13902. (Dkt. No. 39, No. 9:19-cv-405.)  On March 11, 2020, the Clerk provided a copy of the R&R to Purcelle at that address.  Both copies of the Order were returned as undelivered, however. (Dkt. Nos. 114, 115.)

April 22, 2020
Albany, New York

Gary L. Sharpe
U.S. District Judge

3